# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

ROBERTO ACEVEDO-RIVERA; dob: 11/29/64,
ROSA J. CHAVEZ; dob: 4/8/58,
ANANDA CHAVEZ-FELICIANO; dob: 6/12/82,
JESUS M. ESTRADA; dob: 12/24/56,
LYNDA ESTRADA; dob: 8/17/78
CARLOS FELICIANO; dob: 12/1/56
EMERENCIANO FELICIANO, JR.; dob: 10/17/55,
EDWIN FELICIANO; dob: 11/29/60,
JOHNNY GASTON; dob: 11/24/72,
ORLANDO LEBRON; dob: 7/5/65,
WILLIAM MATOS; dob: 6/13/66,
RAUL MAYNEZ; dob: 9/21/58,
JOEL MORALES; dob: 12/8/72,
IVAN ALEX NUNEZ; dob: 10/31/76,
JOSE SANTIAGO; dob: 4/17/76,
JOSE SERRANO; dob: 1/12/56,

CRIMINAL COMPLAINT

CASE NUMBER: **05-M-0311**

I, Carol M. Starr, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning sometime in 2002, and continuing through until the present time, in the City of Milwaukee, and in the State and Eastern District of Wisconsin, the above-named individual did knowingly and intentionally conspire to possess with the intent to distribute and distribute in excess of 1 kilogram of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, §§ 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, § 2.

I further state that I am a Task Force Officer assigned to the Drug Enforcement Administration, and that this complaint is based on the facts contained in the attached affidavit.

Continued on the attached sheet and made a part hereof: ✔ Yes

Carol M. Starr
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 17, 2005 4pm at Milwaukee, Wisconsin
Date City and State

Patricia J. Gorence, U.S. Magistrate Judge
Name & Title of Judicial Officer

Patricia J. Gorence
Signature of Judicial Officer